**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

MARK MYERS,                          )
                                     )
            Plaintiff,               )
                                     )
      v.                             )         No. 4:26-cv-263-ACL
                                     )
FT. ZUMWALT SCHOOL DISTRICT, et al., )
                                     )
            Defendants.              )

## <u>MEMORANDUM AND ORDER</u>

This matter comes before the Court upon a Complaint filed by self-represented Plaintiff Mark Myers. Before the Court can review the Complaint, Plaintiff must either pay the full filing fee or Plaintiff must complete an application to proceed in district court without prepaying fees or costs. Plaintiff will therefore be directed to file an application to proceed without prepaying fees or costs or pay the full filing fee within **30 days** of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court send Plaintiff a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **30 days** of the date of this Order.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 8th day of June, 2026.

s/*Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE